IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CV68-1-MU

| | | |
|---|---|---|
| STEVE ALLEN SPROUSE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DAVID MITCHELL, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion for Respondent to Furnish a Transcript of State Court Proceedings, filed September 19, 2005.

Respondent has responded to Petitioner's motion asserting that a copy of the requested document had already been sent to Petitioner. However, Respondent attached another copy to his response. Petitioner's request is therefore moot.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion for Respondent to Furnish a Transcript of State Court Proceedings is **DENIED** as moot.

**Signed: October 28, 2005**

Graham C. Mullen
Chief United States District Judge