# United States District Court
# For The Western District of North Carolina
# Asheville Division

Steve Allen Sprouse,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:05cv68

David Mitchell,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2006, Order.

June 28, 2006　　　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　　　　　s/Joan Gosnell
　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　Joan Gosnell, Deputy Clerk